Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frances E. Walker
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 11 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE DANIEL LEE,<br><br>Defendant. | 1:23-CR- 2017-SAB<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 1153, 2241(c)<br>Aggravated Sexual Abuse<br><br>18 U.S.C. 2253<br>Forfeiture Allegations |

The Grand Jury charges:

Between or about September 1, 2020, and on or about January 22, 2021, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, GEORGE DANIEL LEE, an Indian, did knowingly engage in a sexual act with Minor 1, an Indian, to wit, contact between the Defendant's penis and Minor 1's mouth, in violation of 18 U.S.C. §§ 1153, 2241(c).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 1

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C § 2241(c), as alleged in this Indictment, the Defendant, GEORGE DANIEL LEE, shall forfeit to the United States of America any visual depiction described in section 2252A of that chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

DATED this 11 day of April 2023.

A TRUE BILL

████████████████████
Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Frances E. Walker*
Frances E. Walker
Assistant United States Attorney

INDICTMENT – 2