# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lee, George Daniel | Docket No. | 0980 1:23CR02017-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, George Daniel Lee, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 19th day of April 2023, under the following conditions:

**Special Condition No. 14:** Defendant shall participate in one or more of the following home confinement program(s):

**GPS Monitoring:** The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Home detention:** Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to lawful employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Lee on April 19, 2023, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1:** Mr. Lee is alleged to be in violation of his pretrial release conditions by deviating from approved leave granted by probation officer, while under the location monitoring program on July 22, 2023.

On July 23, 2023, this officer reviewed Mr. Lee's location monitoring Global Positioning System (GPS) points for the day prior in the BI Total Access (BI) location monitoring system. Per BI, Mr. Lee was observed stationary (five separate GPS points) on July 22, 2023, at ▓▓▓▓▓▓▓▓▓▓, Wapato, Washington 98951 (Latitude/Longitude 46.499333, -120.472139) from 12:17 p.m. to 12:21 p.m. This officer contacted Mr. Lee and inquired why he was at ▓▓▓▓▓▓▓▓▓▓ in Wapato. Mr. Lee said after he went to Costco (which was an approved outing), he decided to stop by his nephew's residence to drop off some food. I asked Mr. Lee if he had received permission from the probation office before going to his nephew's residence. Mr. Lee stated he did not. This officer asked Mr. Lee why he did not ask for permission. Mr. Lee said he was not sure. Mr. Lee indicated his nephew was in his 20s, and no other people were at the residence. This officer explained to Mr. Lee that per his release conditions he could not deviate from his approved shopping request. This officer also reminded Mr. Lee that we had this same conversation before on July 12, 2023, in which he received a verbal reprimand for an unapproved outing. He was advised at that time that the next time he did something similar, a petition would be submitted to the Court. Mr. Lee voiced his understanding.

  PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
Re: Lee, George Daniel
July 25, 2023
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2023

by   s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
7/27/23

Date